**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brett Ellis Waddington                        CHAPTER 7
                    Debtor(s)

                                                     BKY. NO. 21-10196 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                                                  Respectfully submitted,

                                           /s/ *Rebecca Solarz*
                                           Rebecca Solarz
                                           03 Feb 2021, 16:32:53, EST

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322