*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                              : Chapter 7

Brett Ellis Waddington                                                        : Case No. 21–10196–amc
      Debtor(s)

## ORDER
_____

AND NOW, this day , May 24th, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

              By The Court

              Ashely M. Chan
              Judge , United States Bankruptcy Court